# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 397 |
| | : | |
| ORDER AMENDING RULES | : | MAGISTERIAL DOCKET |
| 112 AND 323 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | |
| PROCEDURE BEFORE | : | |
| MAGISTERIAL DISTRICT JUDGES: | | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 29th day of April, 2016, upon the recommendation of the Minor Court Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

 **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 112 and 323 of the Pennsylvania Rules of Civil Procedure before Magisterial District Judges are amended in the attached form.

 This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.